ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL HALSETH, ROBERT WAGENMAN, LARRY ROBINSON, DONALD HUNTER, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>GENERAL ELECTRIC COMPANY, VIAD CORP., and DOES 1-300, <br><br>　　　　Defendants. | No. C07-2543-EMC <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Plaintiff | Interested Person / Entity |
|---|---|
| MICHAEL HALSETH | Spouse: Linda Halseth <br> Daughter: Nicole Patrick |
| ROBERT WAGENMAN | Spouse: Ellen Wagenman. <br> Child: Lori Marie Wagenman |

///

| | |
|---|---|
| LARRY ROBINSON | Spouse: Patricia Mae Robinson |
| DONALD HUNTER | Spouse: Mary Jane Hunter.<br>Children: Linda Sue Benning, Scotti W. Slowey |

Dated: April 15, 2007                                              BRAYTON❖PURCELL LLP

                                            By:     /s/ David R. Donadio
                                                    _____
                                                    David R. Donadio
                                                    Attorneys for Plaintiffs