1  WHITNEY A. DAVIS, #149523
   **CHARTER DAVIS, LLP**
2  Attorneys at Law
   1730 I Street, Suite 240
3  Sacramento, California 95814
   MAILING ADDRESS:
4  P.O. Box 15408
   Sacramento, California 95851
5  (916) 448-9000

6  Attorneys for Viad Corp.

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HALSETH, ROBERT WAGENMAN, LARRY ROBINSON, DONALD HUNTER, <br><br>          Plaintiffs, <br><br>     v. <br><br> GENERAL ELECTRIC COMPANY, VIAD CORP., and DOES 1-300, <br><br>          Defendants. | Case No. C 06 7175 WHA <br><br> **CERTIFICATE OF SERVICE** |

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

1

H:\Home\CLIENT\6691\00061\BVC0441.WPD

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is 1730 I Street, Suite 240, Sacramento, California 95814.

I am familiar with the business practice at my place of business for collection and processing of documents for mail. Documents so collected and processed, with postage fully prepaid, will be deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 8, 2007** I served the following document(s):

**1.     ANSWER OF VIAD CORP. TO COMPLAINT FOR ASBESTOS PERSONAL INJURY/PRODUCTS LIABILITY**

On all interested parties in said cause, by delivering a true copy as follows:

X     **BY MAIL** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail in Sacramento, California. FRCP §5(b)(2)(B)

      **BY PERSONAL SERVICE** I placed a true copy thereof enclosed in a sealed envelope and caused such envelope to be delivered by hand via _____ to the offices of the addresses. FRCP §5(b)(2)(A)

X     **BY FACSIMILE/ELECTRONIC** I sent a true copy thereof via telephone facsimile/e-mail transmission to the below listed number. FRCP §5(b)(2)(D)

      **BY OVERNIGHT DELIVERY** I sent a true copy thereof for overnight delivery via FEDERAL EXPRESS. FRCP §5(b)(2)(D)

Each envelope (if applicable) was addressed as follows:

Alan R. Brayton
BRAYTON & PURCELL
222 Rush Landing Road
Novato, CA 94945
Tel. (415) 898-1555
Fax (415) 898-1247

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **June 8, 2007** at Sacramento, California.

                                                     /s/ Bonnie Currie
                                                   BONNIE CURRIE

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000