1 ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
2 BRAYTON❖PURCELL LLP
Attorneys at Law
3 222 Rush Landing Road
Novato, California 94948-6169
4 (415) 898-1555
(415) 898-1247 (Fax No.)
5
Attorneys for Plaintiffs
6

7

8 **THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | | |
|---|---|---|
| 12 MICHAEL HALSETH, ROBERT WAGENMAN, LARRY ROBINSON, DONALD HUNTER, | ) ) ) | No. C06-7319-EMC |
| 13 | ) | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| 14   Plaintiffs, | ) ) | |
| 15 vs. | ) ) | |
| 16 GENERAL ELECTRIC COMPANY, VIAD CORP., and DOES 1-300, | ) ) | |
| 17   Defendants. | | |

18    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

19 parties in the above-captioned civil matter hereby voluntarily consents to have a United States

20 Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

21 the entry of a final judgment.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1 | Appeal from the judgment shall be taken directly to the United States Court of Appeals
2 | for the Ninth Circuit.

3 | Dated: June 18, 2007               BRAYTON❖PURCELL LLP

4 |                                     /s/ *David R. Donadio*

5 |                               By: _____
                                    David R. Donadio
6 |                                 Attorneys for Plaintiff

8 | Dated: June 27, 2007               SEDGWICK, DETERT, MORAN & ARNOLD, LLP

9 |                                     /s/ *Derek Johnson*
10 |                              By: _____
                                    Derek Johnson
11 |                                 Attorneys for Defendant
                                    GENERAL ELECTRIC COMPANY

13 | Dated: June 25, 2007               CHARTER DAVIS, LLP

14 |                                    */s/ Whitney A. Davis*

15 |                              By: _____
                                    Whitney A. Davis,
16 |                                 Attorneys for Defendant
                                    VIAD CORP.