ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL HALSETH, ROBERT WAGENMAN, LARRY ROBINSON, DONALD HUNTER, | ) ) ) | No. C07-2543-EMC |
| Plaintiffs, | ) ) | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) | |
| GENERAL ELECTRIC COMPANY, VIAD CORP., and DOES 1-300, | ) ) ) | |
| Defendants. | ) | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///
///
///
///
///
///
///

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1    Appeal from the judgment shall be taken directly to the United States Court of Appeals

2  for the Ninth Circuit.

3  Dated: June 18, 2007                          BRAYTON❖PURCELL LLP

4                                                 /s/  David R.  Donadio

5                                          By: _____
                                              David R.  Donadio
6                                              Attorneys for Plaintiff

7

8  Dated: June 27, 2007                          SEDGWICK, DETERT, MORAN &
                                                  ARNOLD, LLP
9
                                                 /s/  Derek Johnson
10                                         By: _____
                                              Derek Johnson
11                                             Attorneys for Defendant
                                              GENERAL ELECTRIC COMPANY
12

13  Dated: June 25, 2007                         CHARTER DAVIS, LLP

14                                               /s/  Whitney A. Davis

15                                         By: _____
                                              Whitney A. Davis,
16                                             Attorneys for Defendant
                                              VIAD CORP.
17

18

19

20

21

22

23

24

25

26

27

28