1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8              **THE UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11

12  MICHAEL HALSETH, et. al.,              )    C07-2543-EMC
                                           )
13         Plaintiffs,                     )    JOINT MOTION AND STIPULATION TO
                                           )    STAY PROCEEDING OR, IN THE
    vs.                                    )    ALTERNATIVE, TO CONTINUE CASE
14                                         )    MANAGEMENT DEADLINE AND
    GENERAL ELECTRIC COMPANY,              )    CONFERENCE, AND TO EXTEND TIME;
15  VIAD CORP., and DOES 1-300,            )    [~~PROPOSED~~] ORDER TO STAY;
                                           )    [~~PROPOSED ALTERNATIVE~~] ORDER
16         Defendants.                     )    ~~TO CONTINUE~~
                                           )
17                                         )

18         Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and

19  respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial*

20  *Case Management Conference and ADR Deadlines* filed May 14, 2007 (Document 3), for the

21  following good cause:

22         On June 15, 2007, Defendant GENERAL ELECTRIC COMPANY filed Documents 9

23  and 10, a Notice to Tag Along Action and letter regarding the pending Multidistrict Litigation

24  ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move

25  Jurisdiction of this matter to that District. Said Defendants subsequently mailed notice to the

26  Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407.

27         On July 29, 1991, the JPML entered an order transferring all asbestos personal injury

28  cases pending in the federal courts to the United States District Court for the Eastern District of

Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial proceedings.

The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

The parties agree that it is likely that the JPML will transfer this matter to the Eastern District of Pennsylvania.

However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).

It is likely the dates set forth in the *Order Setting Initial Case Management Conference and ADR Deadlines* filed May 14, 2007 (Document 3) and the deadlines imposed by Rule 26 of the Federal Rules of Civil Procedure, will come to pass before the Clerk of the JPML acts.

The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Order Setting Initial Case Management Conference and ADR Deadlines* filed May 14, 2007 (Document 3), and that the Court issue an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits of the transfer.

In the alternative, the parties hereby STIPULATE to and respectfully request that the dates set forth in the *Order Setting Initial Case Management Conference and ADR Deadlines* filed May 14, 2007 (Document 3), be vacated and all deadlines set by Rule 26 of the Federal

<mark>Case 3:07-cv-02543-EMC    Document 12    Filed 07/05/2007    Page 3 of 4</mark>

1  Rules of Civil Procedure, be continued pending the outcome of the JPML's decision on the

2  merits of the transfer.  Specifically, these deadlines in this matter include the **August 1, 2007**

3  Rule 26 deadline to meet and confer and file Joint ADR Certification, the **August 1, 2007**

4  Deadline to complete Initial Disclosure and Discovery Plan,  the **August 15, 2007** deadline to

5  file the Joint Case Management Statement and the Case Management Conference currently set

6  for **August 22, 2007.**

7  Dated: June 18, 2007                                          BRAYTON❖PURCELL LLP

8                                                                                      /s/  *David R.  Donadio*

9                                                                              By: _____
                                                                                      David R.  Donadio
10                                                                                  Attorneys for Plaintiff

11

12  Dated: June 27, 2007                                          SEDGWICK, DETERT, MORAN & ARNOLD, LLP

13                                                                                      /s/  *Derek Johnson*

14                                                                              By: _____
                                                                                      Derek Johnson
15                                                                                  Attorneys for Defendant
                                                                                      GENERAL ELECTRIC COMPANY
16

17  Dated: June 25, 2007                                          CHARTER DAVIS, LLP

18                                                                                      */s/  Whitney A. Davis*

19                                                                              By: _____
                                                                                      Whitney A. Davis,
20                                                                                  Attorneys for Defendant
                                                                                      VIAD CORP.
21
                                     [~~PROPOSED~~]    **ORDER TO STAY**
22
         IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order*
23
*Setting Initial Case Management Conference and ADR Deadlines* filed May 14, 2007 (Document
24
3), are hereby VACATED and that this action is STAYED pending the outcome of the JPML's
25
decision on the merits of the transfer.  Case Management Conference shall be reset from 8/22/07
26  Dated: ___July 5, 2007_____   to 12/5/07 at 1:30 p.m.  Joint CMC statement shall be
                                                              filed by 11/28/07.
27
                                                                              _____
                                                                              Edward M. Chen
28                                                                            United States Magistrate Judge

K:\Injured\107452\Stip stay or cont (fed20).wpd                3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, [...] MANAGEMENT
DEADLINES   – C06-7319-EMC

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

[PROPOSED ALTERNATIVE] **ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference and ADR Deadlines* filed May 14, 2007 (Document 3), are hereby VACATED.

IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is [set for a date on or after October 20, 2007 to wit:] _____, 2007;

2. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is [set for a date after October 20, 2007 to wit:] _____, 2007;

3. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date after October 20, 2007 to wit:] _____, 2007; and,

4. The Case Management Conference is [set for a date after October 20, 2007 to wit:] _____, 2007 at 1:30 p.m., Courtroom "C", 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: _____

_____
Edward M. Chen
United States Magistrate Judge