ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to Michael Halseth, Robert Wagenman, Larry Robinson, Donald Hunter v. General Electric Company, Viad Corp.., United States District Court for the Northern District of California, Case No.C07-2543-EMC , Filed May 14, 2007. | STATEMENT OF CASE STATUS AS TO PLAINTIFF Michael C. Halseth |

Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff makes the following statements:

1. SUBMISSION OF IDENTIFICATION INFORMATION

Plaintiff (full name): Michael C. Halseth;

Date of Birth: October 10, 1944;

Last four digits of plaintiff's social security number: 6794;

Plaintiff is a: asbestos-related injury victim. (The person who suffered the asbestos-related injury was Michael C. Halseth).

2. SUBMISSION OR RELATED COURT ACTIONS

Plaintiff identifies the following related actions, the status of each of the following being

1  "pending" in the court unless otherwise indicated; with additional information on these related
2  action(s) attached hereto and incorporated herein by this reference:
3      Michael C. Halseth v. Asbestos Defendants, San Francisco Superior Court of the State of
4  California, Case No. 274087; Claim of the Asbestos Injured Party for his personal injury. This
5  case is active, pre-trial.
6      Michael C. Halseth vs. Asbestos Defendants, Circuit Court of Multnomah Court, Oregon,
7  Case No 0702-02262; Claim of the Asbestos Injured Party for his personal injury. This case is
8  active, pre-trial.
9      3.    SUBMISSION OF STATEMENT OF CASE STATUS
10     A.    Plaintiff identifies the following defendants as non-bankrupt and unsettled the
11         above stated plaintiff has pled against: GENERAL ELECTRIC COMPANY
12     B.    Plaintiff has achieved resolution of plaintiff's claim with the following
13         defendants: Not applicable.
14     C.    Plaintiff now desires to dismiss from Plaintiff's action the following Defendants:
15         Not applicable.
16     D.    Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not
17         applicable.
18     4.    SUBMISSION OF MEDICAL REPORTS
19     Plaintiff submits that attached medical diagnosing report / opinion based upon objective
20 and subjective data which is identified and descriptively set out within the report / opinion which
21 will withstand a dispositive motion, and is based on objective and subjective data which is
22 identified and descriptively set out within the report / opinion. `Additional report will be sent following CT scan scheduled Dr Richard Bordow for 9/5/07.`
23     5.    ALTERNATIVE PLAINTIFF SUBMISSION
24     Not Applicable.
25     6.    TIMING REQUIREMENTS
26     Above plaintiff's action was filed on May 14, 2007 making this submission due on or
27 before August 1, 2007.
28     7.    SCREENED CASES

1  Plaintiff's claims are not the result of a mass screening.

2  8.  EXCLUSIONS

3  This case is not designated as 2MDL 875 (MARDOC).

4  9.  SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

5  Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

7  10.  MANNER OF SUBMISSIONS

8  In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2543-EMC) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

13  Dated:  7/10/07                          BRAYTON❖PURCELL LLP

15                                  By: _____
                                    David R. Donadio
16                                  Attorneys for Plaintiff Michael C. Halseth

DEFENDANTS IN RELATED COURT ACTION

1
2
3  ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
   CLEAVER-BROOKS, INC.
4  BUCYRUS INTERNATIONAL, INC.
   CROWN CORK & SEAL COMPANY, INC.
5  CRANE CO.
   THOMAS DEE ENGINEERING CO., INC.
6  FOSTER WHEELER LLC
7  GARLOCK SEALING TECHNOLOGIES, LLC
   LAMONS GASKET COMPANY
8  METALCLAD INSULATION CORPORATION
   OWENS-ILLINOIS, INC.
9  PARKER-HANNIFIN CORPORATION
   PLANT INSULATION COMPANY
10 QUINTEC INDUSTRIES, INC.
   RAPID-AMERICAN CORPORATION
11 R.F. MACDONALD CO.
   THORPE INSULATION COMPANY
12 UNIROYAL HOLDING, INC.
   VIACOM, INC.
13 WESTERN MacARTHUR COMPANY
14 MacARTHUR COMPANY
   WESTERN ASBESTOS COMPANY
15 HONEYWELL INTERNATIONAL, INC.
   FORD MOTOR COMPANY
16 PEERLESS INDUSTRIES, INC.
   GOULDS PUMPS, INC.
17 INGERSOLL-RAND COMPANY
   LESLIE CONTROLS, INC.
18 CSK AUTO, INC.
   POWER BOILERS SALES, INC.
19 HOPEMAN BROTHERS, INC.
   J.T. THORPE & SON, INC.
20 METROPOLITAN LIFE INSURANCE COMPANY
   GATKE CORPORATION
21 AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
22 UNDERWRITERS LABORATORIES, INC.
   PNEUMO ABEX LLC
23 and DOES 1-8500,

24      Defendants.
25
26
27
28 <u>Michael Halseth vs. Asbestos Defendants (B❖P)</u>
   San Francisco Superior Court

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**DONALD BREYER, M.D., F.A.C.R.**
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

---

February 9, 2007

**HALSETH, MICHAEL**

**EXAMINATION:** A CT scan of the chest including conventional and prone high resolution images. The study is performed at Body Imaging Radiology on 1/30/07 and is technically adequate.

**DATE OF EXAMINATION:** January 30, 2007

In the nondependent lung fields on the prone high resolution images there are bilateral changes of an increased profusion of ill defined centrilobular nodular opacities.

A pleural plaque is noted in the left paravertebral region on images #29, #30 and #31.

Borderline enlarged mediastinal lymph nodes are present in the pretracheal, prevascular and AP window regions.

**IMPRESSION:**

THE PARENCHYMAL FINDINGS PRESENT ARE COMPATIBLE WITH MILD INTERSTITIAL FIBROSIS. THE DISTRIBUTION AND APPEARANCE ARE COMPATIBLE WITH ASBESTOS RELATED INTERSTITIAL FIBROSIS. .

CHEST WALL PLEURAL PLAQUE IS PRESENT AS DESCRIBED. THIS FINDING COULD REPRESENT ASBESTOS RELATED PLEURAL DISEASE.

NUMEROUS BORDERLINE ENLARGED MEDIASTINAL LYMPH NODES ARE PRESENT.

HALSETH, MICHAEL C.

**DATE OF RADIOGRAPH**
MONTH 10  DAY 04  YEAR 2006

**WORKER'S Social Security Number**
[ ][ ][ ] [ ][ ] [ ][ ][ ][ ]

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

**ROENTGENOGRAPHIC INTERPRETATION**
**TYPE OF READING**
A [ ]  B [X]  P [ ]

### 1. FILM QUALITY
[X]1  [ ]2  [ ]3  [ ]U/R
(If not Grade 1, mark all boxes that apply)

[ ] Overexposed (dark)  [ ] Improper position  [ ] Underinflation
[ ] Underexposed (light)  [ ] Poor contrast  [ ] Mottle
[ ] Artifacts  [ ] Poor processing  [ ] Other (please specify) _____

### 2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?
YES [X] Complete Sections 2B and 2C    NO [ ] Proceed to Section 3A

### 2B. SMALL OPACITIES
**a. SHAPE/SIZE**
PRIMARY: [X]p  [ ]q  [ ]r / [ ]s  [ ]t  [ ]u
SECONDARY: [X]p  [ ]q  [ ]r / [ ]s  [ ]t  [ ]u

**b. ZONES**  R  L
UPPER  [X] [X]
MIDDLE [X] [X]
LOWER  [X] [X]

**c. PROFUSION**
[X]0/-  [ ]0/0  [ ]0/1
[ ]1/0  [ ]1/1  [ ]1/2
[ ]2/1  [ ]2/2  [ ]2/3
[ ]3/2  [ ]3/3  [ ]3/4

### 2C. LARGE OPACITIES
SIZE [X]0  [ ]A  [ ]B  [ ]C   Proceed to Section 3A

### 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?
YES [X] Complete Sections 3B, 3C    NO [ ] Proceed to Section 4A

### 3B. PLEURAL PLAQUES (mark site, calcification, extent, and width)

| Chest wall | Site |  | Calcification |  | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required) |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Up to 1/4 of lateral chest wall = 1 | 3 to 5 mm = a |  |
|  |  |  |  |  | 1/4 to 1/2 of lateral chest wall = 2 | 5 to 10 mm = b |  |
|  |  |  |  |  | > 1/2 of lateral chest wall = 3 | > 10 mm = c |  |
| In profile | O | [X]L | [X]O | R L | O [X]L | O [X] L | [X]a b c / [X]a b c |
| Face on | [X] R L | [X] R L | [X]2 3 | 1 [X]2 3 | | |
| Diaphragm | [X] R L | [X] R L | O [X]L | O [X] L | [X]a b c / [X]a b c |
| Other site(s) | [X] R L | [X] R L | [X]2 3 | 1 [X]2 3 | [X]a b c / a b c |

### 3C. COSTOPHRENIC ANGLE OBLITERATION
[ ]R  [ ]L   Proceed to Section 3D    NO [X] Proceed to Section 4A

### 3D. DIFFUSE PLEURAL THICKENING (mark site, calcification, extent, and width)

| Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 of lateral chest wall = 1 / 1/4 to 1/2 of lateral chest wall = 2 / > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required) 3 to 5 mm = a / 5 to 10 mm = b / > 10 mm = c |
|---|---|---|---|---|
| In profile | O R L | O R L | O R / O L / 1 2 3 / 1 2 3 | O R / O L / a b c / a b c |
| Face on | O R L | O R L | | |

### 4A. ANY OTHER ABNORMALITIES?
YES [ ] Complete Sections 4B, 4C, 4D, 4E    NO [X] Proceed to Section 5

### 4B. OTHER SYMBOLS (OBLIGATORY)
[aa] [at] [ax] [bu] [ca] [cg] [cn] [co] [cp] [cv] [di] [ef] [em] [es] [fr] [hi] [ho] [id] [ih] [kl] [me] [pa] [pb] [pi] [px] [ra] [rp] [tb]

[OD] If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)   Date Physician or Worker notified?  MONTH [ ] DAY [ ] YEAR [ ]

### 4E. Should worker see personal physician because of findings in section 4? YES [ ]  NO [ ]
Proceed to Section 5

5.

Donald Breyer, M.D.
6861 Gunn Drive
Oakland, CA 94611-1442

**DATE OF READING**
MONTH 10  DAY 16  YEAR 2006

4C. MARK ALL BOXES THAT APPLY: (Use of this list is intended to reduce handwritten comments and is optional)

**Abnormalities of the Diaphragm**

☐ Eventration

☐ Hiatal hernia

**Airway Disorders**

☐ Bronchovascular markings, heavy or increased

☐ Hyperinflation

**Bony Abnormalities**

☐ Bony chest cage abnormality

☐ Fracture, healed (non-rib)

☐ Fracture, not healed (non-rib)

☐ Scoliosis

☐ Vertebral column abnormality

**Lung Parenchymal Abnormalities**

☐ Azygos lobe

☐ Density, lung

☐ Infiltrate

☐ Nodule, nodular lesion

**Miscellaneous Abnormalities**

☐ Foreign body

☐ Post-surgical changes/sternal wire

☐ Cyst

**Vascular Disorders**

☐ Aorta, anomaly of

☐ Vascular abnormality

---

4D. OTHER COMMENTS

_____
_____
_____
_____
_____
_____
_____

## CERTIFICATE OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On the date indicated below, I served the foregoing Statement of Case Status and attachments upon all counsel of record pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

On this _____ day of July 2007

/s/ John Derby

_____

John Derby
BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555