1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7                    UNITED STATES DISTRICT COURT
8                  EASTERN DISTRICT OF PENNSYLVANIA

9   IN RE: ASBESTOS PRODUCTS LIABILITY      )    Civil Action No. MDL. 875
10  LITIGATION (NO. VI),                     )
                                             )
11                                           )
                                             )
12                                           )
    This document relates to Michael Halseth,)    STATEMENT OF CASE STATUS AS
13  Robert Wagenman, Larry Robinson, Donald  )    TO PLAINTIFF Robert L. Wagenman
    Hunter v. General Electric Company, Viad )
14  Corp.., United States District Court for the)
    Northern District of California, Case    )
15  No.C07-2543-EMC , Filed May 14, 2007.    )
                                             )
16                                           )
                                             )
17                                           )
                                             )
18                                           )

19          Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff

20  makes the following statements:

21          1.      SUBMISSION OF IDENTIFICATION INFORMATION

22          Plaintiff (full name): Robert L. Wagenman ;

23          Date of Birth: October 10, 1945;

24          Last four digits of plaintiff's social security number: 8488;

25          Plaintiff is a:    asbestos-related injury victim. (The person who suffered the asbestos-

26  related injury was Robert L. Wagenman ).

27          2.      SUBMISSION OR RELATED COURT ACTIONS

28          Plaintiff identifies the following related actions, the status of each of the following being

G:\MDL\AUGUST 1 PROJECT\run on 7 6 07 as of 1051.wpd [ 104105.003  Robert L. Wagenman   ]

STATEMENT OF CASE STATUS - -  MDL DOCKET NO. 875

1   "pending" in the court unless otherwise indicated; with additional information on these related

2   action(s) attached hereto and incorporated herein by this reference:

3       Robert L. Wagenman v. Asbestos Defendants, San Francisco Superior Court of the State

4   of California, Case No. 453506; Claim of the Asbestos Injured Party for his personal injury. This

5   case is active, pre-trial.

6       3.      SUBMISSION OF STATEMENT OF CASE STATUS

7       A.      Plaintiff identifies the following defendants as non-bankrupt and unsettled the

8               above stated plaintiff has pled against:  GENERAL ELECTRIC COMPANY

9       B.      Plaintiff has achieved resolution of plaintiff's claim with the following

10              defendants: Not applicable.

11      C.      Plaintiff now desires to dismiss from Plaintiff's action the following Defendants:

12              Not applicable.

13      D.      Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not

14              applicable.

15      4.      SUBMISSION OF MEDICAL REPORTS

16      Plaintiff submits that attached medical diagnosing report / opinion based upon objective

17  and subjective data which is identified and descriptively set out within the report / opinion which

18  will withstand a dispositive motion, and is based on objective and subjective data which is

19  identified and descriptively set out within the report / opinion.

20      5.      ALTERNATIVE PLAINTIFF SUBMISSION

21      Not Applicable.

22      6.      TIMING REQUIREMENTS

23      Above plaintiff's action was filed on May 14, 2007 making this submission due on or

24  before  August 1, 2007.

25      7.      SCREENED CASES

26      Plaintiff's claims are not the result of a mass screening.

27      8.      EXCLUSIONS

28      This case is not designated as 2MDL 875 (MARDOC).

9.    SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10.    MANNER OF SUBMISSIONS

In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2543-EMC) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

Dated: __7/10/07____                    BRAYTON❖PURCELL LLP

By: _____
    David R. Donadio
    Attorneys for Plaintiff Robert L. Wagenman

DEFENDANTS IN RELATED COURT ACTION

1  ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
   AQUA-CHEM, INC.
2  BUCYRUS INTERNATIONAL, INC.
   CRANE CO.
3  EATON ELECTRICAL INC.
   ROCKWELL AUTOMATION, INC.
4  THOMAS DEE ENGINEERING CO., INC.
   FOSTER WHEELER LLC
5  GARLOCK SEALING TECHNOLOGIES, LLC
   GENERAL ELECTRIC COMPANY
6  METALCLAD INSULATION CORPORATION
   OWENS-ILLINOIS, INC.
7  PARKER-HANNIFIN CORPORATION
   PLANT INSULATION COMPANY
8  QUINTEC INDUSTRIES, INC.
   RAPID-AMERICAN CORPORATION
9  R.F. MACDONALD CO.
   THORPE INSULATION COMPANY
10 UNIROYAL HOLDING, INC.
   VIACOM, INC.
11 WESTERN MacARTHUR COMPANY
   MacARTHUR COMPANY
12 WESTERN ASBESTOS COMPANY
   HONEYWELL INTERNATIONAL, INC.
13 FORD MOTOR COMPANY
   GENERAL MOTORS CORPORATION
14 NISSAN NORTH AMERICA, INC.
   UNION CARBIDE CORPORATION
15 THE DOW CHEMICAL COMPANY
   OCCIDENTAL CHEMICAL CORPORATION
16 OSRAM SYLVANIA INC.
   SQUARE D COMPANY
17 CSK AUTO, INC.
   IMO INDUSTRIES, INC.
18 CARRIER CORPORATION
   INGERSOLL-RAND COMPANY
19 LESLIE CONTROLS, INC.
20 WOODARD CHEVROLET, INC.
   SYD CARPENTER MARINE CONTRACTOR, INC.
21 HOPEMAN BROTHERS, INC.
   HOFFMANN & HOFFMANN, INC.
22 J.T. THORPE & SON, INC.
   METROPOLITAN LIFE INSURANCE COMPANY
23 GATKE CORPORATION
   AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
24 UNDERWRITERS LABORATORIES, INC.
   PNEUMO ABEX LLC                        and
25 and DOES 1-8500,
26
27    Defendants.                         ELLIOTT TURBOMACHINERY CO INC
28 Robert Wagenman vs. Asbestos Defendants (B❖P)    HOFMANN CONSTRUCTION CO
   San Francisco Superior Court               SB DECKING

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# East Bay Pulmonary Medical Group  *Professional Corporation*

Herman R. Bruch, M.D.
Richard A. Bordow, M.D.
Frederick J. Nachtwey, M.D.
Abid Majid, M.D.

*Pulmonary Medicine*
*Internal Medicine*
*Critical Care Medicine*
*Occupational Lung Diseases*
*Sleep Medicine*

December 1, 2006

Alan R. Brayton, Esq.
Brayton Purcell Law Firm
222 Rush Landing Road
Novato, CA 94948

**RE:**    ROBERT WAGENMAN
**DOB:**    10-10-1945

## MEDICAL-LEGAL EVALUATION

Dear Mr. Brayton:

At your kind request, I had the pleasure of seeing Mr. Robert Wagenman in my office for a medical-legal evaluation regarding pulmonary consequences of the industrial exposure that he experienced while working as a marine electrician between 1965 and 1995 at Mare Island Shipyard. I did a complete pulmonary evaluation, including review of medical history, review of occupational history, physical examination, review of pulmonary function studies, and review of a CT scan of the thorax performed at Doctors Hospital San Pablo on December 1, 2006. These evaluations were performed in my office in San Pablo on December 1, 2006.

## CHIEF COMPLAINT AND HISTORY OF PRESENT ILLNESS

Mr. Wagenman is a 61-year-old Caucasian male (DOB: 10/15/1945) who worked as a marine electrician between 1965 and 1995. Between 1960 and 1970, he smoked two packs of cigarettes per day, inhaled, and used mostly unfiltered cigarettes. He is currently being treated for hypertension, high cholesterol, borderline diabetes mellitus, and chronic sinus disease. He denies a history of lung problems or asthma. He is not on any medications for lung disease. He denies cough, wheezing, and shortness of breath and is able to keep up with other men his own age. He rides his bike approximately 15 miles a day, two times a week. He has no history of chest pain or cardiac problems. He does have a history of sinus congestion that has been present for the several years, but he has never seen an ENT doctor. The sinus congestion has not been responsive to inhaled Flonase. He has had a workup that included sinus x-rays and these were unremarkable.

MEDICAL-LEGAL EVALUATION
RE: ROBERT WAGENMAN
December 1, 2006, Page 2

During his employment as a marine electrician, Mr. Wagenman was exposed to heavy concentrations of asbestos fiber dust and is being seen today for evaluation of possible injury from these exposures.

## PAST MEDICAL HISTORY

Hospitalizations:  1) Cartilage repair, left knee 1965; 2) Gout, left arm, 1994.

Illnesses:  He has a history of borderline diabetes mellitus, hypertension, hypercholesterolemia, and sinus disease.  No history of rheumatic heart disease or rheumatic fever.

## MEDICATIONS

Atenolol 25 mg per day, lovastatin 40 mg per day, Flonase two puffs b.i.d., over-the-counter ASA 1 grain per day, fish oil, and antihistamines.

## ALLERGIES

Denied.

## SOCIAL HISTORY

He does not smoke at this time (See HPI).  He quit drinking in 1995; prior to that year, he drank approximately nine Michelobs per day for at least 20 years.

## PERSONAL/FAMILY HISTORY

He is married.  He has one daughter, age 29, who is a doctor at Sinai Hospital in Baltimore.  She is in good health.  There is no history of asthma in the family.  He has one brother and four sisters.  There is no history of lung disease in the family.  His father died in his 70s of a myocardial infarction.  His mother is 85 years old and has emphysema.  She was a nonsmoker.

## REVIEW OF SYSTEMS

He is an active man with a good appetite and stable weight has been stable.

MEDICAL-LEGAL EVALUATION
RE: ROBERT WAGENMAN
December 1, 2006, Page 3

**CNS:**  No history of strokes or seizures.

**Gastrointestinal:**  No history of ulcers or colitis.

**Genitourinary:**  No history of bladder or prostate problems.

**Cardiovascular:**  Negative, with the exception of hypertension history.  Father did have a history of heart disease.

**Pulmonary:**  See History of Present Illness.

**Musculoskeletal**:  Unremarkable.


## OCCUPATIONAL HISTORY

The patient retired in 1995.  Between 1964 and 1995, he worked as a marine electrician. He initially worked in Philadelphia and then moved to California and worked at Mare Island Naval Shipyard as an electrician.  His job description included wiring, new construction, and improvements.  He worked adjacent to other trades, such as insulators.  He worked in many engine rooms and described the air in them as often looking like a cloud of snow.  He believes that he received heavy exposure to asbestos fiber dust during this period of time.  He worked mostly indoors and sometimes worked seven days a week.  He often would lie on friable asbestos blankets and use asbestos blankets to cover panels, which were described as in poor repair; he frequently needed to shake them out to clean them and there would be a large amount of fiber dust appearing in the air and that he inhaled.  He also performed his own brake shoe repairs early on. During that process, he removed the old asbestos containing brake shoe and then blow out the drum with a high pressure air hose.  This was quite dusty.  He does not recall any other specific exposures and was not around sandblasters or exposed to other chemicals or fumes.


## PHYSICAL EXAMINATION

On physical examination, the patient is an alert, comfortable, healthy appearing man in no acute distress.

**Vital Signs:**  $SaO_2$ is 100%.  Heart rate is 64.  Blood pressure 130/60.  Respiratory rate 14 and unlabored.

MEDICAL-LEGAL EVALUATION
RE: ROBERT WAGENMAN
December 1, 2006, Page 4

**HEENT:**  Unremarkable.

**Neck:**  The neck is supple.  There is no cervical or supraclavicular adenopathy.

**Chest:**  Clear to percussion and auscultation.

**Cardiac:**  Examination of the heart reveals a regular rhythm without gallops, murmurs, or rubs.

**Abdomen:**  Soft, no hepatosplenomegaly.

**Extremities:**  No clubbing, cyanosis, or edema.

**Neurologic:**  Grossly unremarkable.


## PULMONARY FUNCTION STUDIES

Pulmonary function studies were done at Doctors Medical Center San Pablo on December 1, 2006.  The technician noted that the patient exhibited a good and consistent effort and all ATS criteria were met.  The vital capacity and other static lung volumes were within normal range.  The airflow was in the lower range of normal, as the $FEV_1/FVC$ was 80%, but within normal range.  Following the administration of bronchodilators, there was a slight improvement in $FEV_1$, but no real change in FVC. The pulmonary diffusing capacity was within normal limits.

Conclusion:  This is a fairly normal pulmonary function study.  There was no gross obstructive or restrictive lung disease and gas exchange was normal as measured by the pulmonary diffusing capacity.  Airflow was in the lower range of normal and may suggest the presence of obstructive lung disease, particularly in view of the improved $FEV_1$ following bronchodilator challenge.


## HEMOGRAM

The white blood cell count was within normal range.  The hemoglobin was 16.8, which is slightly elevated.  The hematocrit was 49%, or normal.

MEDICAL-LEGAL EVALUATION
RE: ROBERT WAGENMAN
December 1, 2006, Page 5

## CT SCAN

A noncontrast, thin-section, high-resolution CT scan of the thorax was done at Doctors Medical Center on December 1, 2006. Multiple contiguous 7-mm axial helical images were acquired throughout the entire chest in the prone and supine positions. Standard CTs were also done of the lungs and upper abdomen. The heart and mediastinum are normal. There are bilateral pleural plaques, some of which are calcified and pleural thickening. The pleural plaque on the right diaphragm is possibly calcified. The lung fields demonstrate some thickened irregular interlobular septa and subpleural linear densities.

Dr. Donald Breyer reviewed these x-rays on January 2, 2007 and his report is attached. With respect to the parenchymal changes he concluded that the findings were compatible with "asbestos related interstitial fibrosis". With respect to the pleural changes he concluded "These findings are strongly suggestive of asbestos related pleural disease."

## IMPRESSION

1.    History of intermittent asbestos exposure while working as a marine electrician from 1964 to 1995.

2.    Bilateral pleural plaques, secondary to diagnosis #1

3.    Asbestosis secondary to diagnosis #1

3.    History of smoking 19 to 20 pack-years.

4.    Possible C.O.P.D. and airflow obstruction in association with diagnosis #4.

5.    History of hypertension.

6.    History of chronic sinus disease.

7.    History of borderline diabetes.

8.    History of hypercholesterolemia.

## DISCUSSION

MEDICAL-LEGAL EVALUATION
RE: ROBERT WAGENMAN
December 1, 2006, Page 6

Thank you very much for asking me to see Mr. Wagenman in consultation. In summary, he is a 61-year-old asymptomatic Caucasian male. He has grossly normal pulmonary function studies, an abnormal CT disclosing bilateral changes consistent with interstitial fibrosis and pleural plaques, and a history of intermittent exposure to intense clouds of asbestos fiber dust while working directly with this material and indirectly in association with working around others who were working with it. Fortunately, he is asymptomatic, and I do not believe that he has suffered a significant medical disability from these exposures and conditions at this time.

## RECOMMENDATIONS

Mr. Wagenman has asbestosis and asbestos related pleural disease. However, he does not have a corresponding pulmonary dysfunction (i.e., pulmonary obstructive or restrictive disease or gas exchange abnormality) and fortunately is asymptomatic. In the future, if he becomes symptomatic, he might benefit from a bronchodilator medication program in view of the bronchodilator responsiveness demonstrated in his pulmonary function studies.

Mr. Wagenman's asbestos exposure is worrisome and requires that he be followed carefully and reevaluated. He is relatively young and there is a significant risk that his asbestosis may gradually worsen and cause significant respiratory problems. The residual risk is primarily due to a long latency period between asbestos dust exposure and lung injury. He also has an elevated risk for the development of primary lung cancer in view of his exposure and additionally for the development of other cancers of the pleura, upper airways, gastrointestinal tract, and kidneys. The risk for lung cancer is substantially elevated by his prior cigarette smoking. He will need to be monitored periodically for his lung disease and he should receive yearly influenza and pneumococcal vaccinations. In view of his exposure to asbestos and evidence for asbestosis, he should have periodic thin-section CT scans of the chest every three years, periodic pulmonary function studies, and monitoring of his oxygen saturation. He clearly should maintain his nonsmoking status.

Thank you very much for asking me to see Mr. Wagenman in consultation. If I can be of any further help in explaining my findings, please feel free to contact me.


Yours truly,

MEDICAL-LEGAL EVALUATION
RE:  ROBERT WAGENMAN
December 1, 2006, Page 7

Richard A. Bordow, M.D.

RAB/mt507/172

Enclosure:  Report of Donald Breyer, M.D.

DOCTORS MEDICAL CENTER
San Pablo Campus 2000 Vale Road. San Pablo, CA 94806
PT: WAGENMAN, ROBERT    DOB:
ADM: 12/01/2006
ACCT: 000633500447  MR#: 1135478  ROOM:
Richard Bordow, MD*  200702230095265500
AUTH ID: 646      COSIGN:

OTHER


PULMONARY FUNCTION STUDY

Pulmonary function study was done on the patient on 12/01/06.
The operator noted that the patient exhibited a good and
consistent effort and all ATS criteria were met for
interpretation.

The vital capacity and other static lung volumes
are within normal range.  There is no evidence for gross restrictive lung
disease.  The airflow was in the lower range of normal with the FEV1/FEC at
80%.  Following administration of bronchodilators, there was a small but
probably significant improvement in FEV1 from 4.18 to 4.30 suggesting that
airflow obstruction may be present and that a clinical trial of bronchodilators
might be useful if clinically indicated.  The diffusing capacity was within
normal range.

CONCLUSION:
This is a grossly normal pulmonary function study without evidence of
significant obstructive (see above comments) or restrictive lung disease. The
pulmonary diffusing capacity is normal suggesting that gas exchange is normal
as well. Improvement in airflow following the administration of bronchodilators
may suggest the presence of some airflow obstruction.

Clinical and radiographic correlation are necessary to further interpret these
data.


RB:Spheris25881
D: 02/23/07 07:58 T: 02/23/07 09:15 DOCUMENT: 200702230095265500



Richard Bordow, MD*

                                    Date Receive:_____
                                    M.D. Initial:_____
                                    Date:_____



Authenticated and Edited by Richard  Bordow, M.D. On 3/06/07 9:55:56 AM

# DEPARTMENT OF PULMONARY MEDICINE
## DOCTORS MEDICAL CENTER
### SAN PABLO CAMPUS

1). **Name:** WAGENMAN, ROBERT

2). **Height:** 69 in.   Finger tip to finger tip: _____ in.

3). **Weight:** 194 lbs.

4). **Tested here before?** Yes ___   No ✓   Date_____

5). **Patient's cooperation:**   Good ✓ Fair___ Poor___

6). **Patient's comprehension:** Good ✓ Fair___ Poor___

7). **Comments:** GOOD + CONSISTENT EFFORTS.
ATS CRITERIA MET.

# DOCTORS MEDICAL CENTER SAN PABLO
## 2000 VALE RD
### SAN PABLO, CA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Wagenman, Robert | ID: | 0633500447 | BSA: | 2.04 | Date: | 12/01/2006 |
| Tech: | Trewin, Greg, RPFT | Height: | 69.00 | Age: | 61 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 194.00 | Sex: | Male | Race: | Caucasian |

Diagnosis:
Dyspnea:                        Cough:                        Wheeze:
Tbco Prod:                      Yrs Smk:         Pks/Day:               Yrs Quit:
Medications:
Pre Test Comments:
Post Test Comments:     Predicted lung volumes, spirometry, and DLCO are from Crapo, et al, ARRD, Volume
                        123, pages 650-664 and 185-190, 1981.

| | Pre-Bronch | | | Post-Bronch | | |
|---|---|---|---|---|---|---|
| | **Pred** | **Actual** | **%Pred** | **Actual** | **%Pred** | **%Chng** |
| ---- SPIROMETRY ---- | | | | | | |
| FVC (L) | 4.56 | 5.23 | 115 | 5.15 | 113 | -2 |
| FEV1 (L) | 3.58 | 4.18 | 117 | 4.30 | 120 | 3 |
| FEV1/FVC (%) | 78 | 80 | 103 | 83 | 107 | 4 |
| FEF 25% (L/sec) | 7.74 | 8.83 | 114 | 9.38 | 121 | 6 |
| FEF 75% (L/sec) | 1.40 | 1.60 | 114 | 1.87 | 133 | 17 |
| FEF 25-75% (L/sec) | 3.39 | 4.04 | 119 | 4.38 | 129 | 9 |
| FEF Max (L/sec) | 8.92 | 10.00 | 112 | 11.27 | 126 | 13 |
| FIVC (L) | | 4.16 | | 4.78 | | 15 |
| FIF Max (L/sec) | 3.73 | 5.73 | 154 | 5.94 | 159 | 4 |
| | | | | | | |
| ---- LUNG VOLUMES ---- | | | | | | |
| SVC (L) | 4.56 | 4.92 | 108 | 4.98 | 109 | 1 |
| IC (L) | 3.27 | 3.79 | 116 | 4.04 | 124 | 7 |
| ERV (L) | 1.29 | 1.12 | 87 | 0.94 | 73 | -17 |
| TGV (L) | 3.53 | 3.69 | 105 | | | |
| RV (Pleth) (L) | 2.21 | 2.57 | 116 | | | |
| TLC (Pleth) (L) | 6.80 | 7.49 | 110 | | | |
| RV/TLC (Pleth) (%) | 33 | 34 | 104 | | | |
| Trapped Gas (L) | | | | | | |
| | | | | | | |
| ---- DIFFUSION ---- | | | | | | |
| DLCOunc (ml/min/mmHg) | 33.21 | 31.32 | 94 | | | |
| DLCOcor (ml/min/mmHg) | 33.21 | 29.63 | 89 | | | |
| DL/VA (ml/min/mmHg/L) | 5.01 | 4.06 | 81 | | | |
| VA (L) | 6.71 | 7.29 | 109 | | | |
| Hgb (gm/dL) | 12-18 | 16.8 | | | | |
| | | | | | | |
| ---- AIRWAYS RESISTANCE --- | | | | | | |
| Raw (cmH2O/L/s) | 1.45 | 0.98 | 68 | | | |
| Gaw (L/s/cmH2O) | 1.03 | 1.02 | 99 | | | |
| sRaw (cmH2O*s) | 4.76 | 3.91 | 82 | | | |
| sGaw (1/cmH2O*s) | 0.20 | 0.26 | 128 | | | |

## DOCTORS MEDICAL CENTER SAN PABLO
### 2000 VALE RD
### SAN PABLO, CA

| Name: | Wagenman, Robert | ID: | 0633500447 | BSA: | 2.04 | Date: | 12/01/2006 |
|-------|------------------|-----|------------|------|------|-------|------------|
| Tech: | Trewin, Greg, RPFT | Height: | 69.00 | Age: | 61 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 194.00 | Sex: | Male | Race: | Caucasian |



### DOCTORS MEDICAL CENTER SAN PABLO
2000 VALE RD
SAN PABLO, CA

| Name: | Wagenman, Robert | ID: | 0633500447 | BSA: | 2.04 | Date: | 12/01/2006 |
|-------|------------------|-----|------------|------|------|-------|------------|
| Tech: | Trewin, Greg, RPFT | Height: | 69.00 | Age: | 61 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 194.00 | Sex: | Male | Race: | Caucasian |

| Time | Select | RpLp | Test Mode | Source | SVC absolute | SVC % p/c | IC absolute | IC % p/c |
|------|--------|------|-----------|--------|-------------|-----------|-------------|----------|
| Predicted | | | | | 4.56 | | 3.27 | |
| **Pre** | | | | | | | | |
| 08:36:13 | | | | SVC | 4.80 | 105 | 3.87 | 118 |
| 08:38:25 | | | | SVC | 4.73 | 104 | 3.58 | 110 |
| 08:39:18 | * | | | SVC | 4.92 | 108 | 3.79 | 116 |
| 09:07:38 | | | | DLCO | 4.71 | 103 | 3.36 | 103 |
| 09:12:54 | | | | DLCO | 4.84 | 106 | 4.04 | 124 |
| AVG | | | Pre/Baseline | | 4.92 | 108 | 3.79 | 116 |
| **Post** | | | | | | | | |
| 09:15:01 | | | | SVC | 4.87 | -1 | 3.94 | +4 |
| 09:16:07 | | | | SVC | 4.78 | -3 | 4.04 | +6 |
| 09:16:48 | * | | | SVC | 4.98 | +1 | 4.04 | +7 |
| AVG | | | Post | | 4.98 | +1 | 4.04 | +7 |



08:39:18



09:16:48

## DOCTORS MEDICAL CENTER SAN PABLO
### 2000 VALE RD
### SAN PABLO, CA

| Name: | Wagenman, Robert | ID: | 0633500447 | BSA: | 2.04 | Date: | 12/01/2006 |
|---|---|---|---|---|---|---|---|
| Tech: | Trewin, Greg, RPFT | Height: | 69.00 | Age: | 61 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 194.00 | Sex: | Male | Race: | Caucasian |

| Time | Select | I-Lp | Test Mode | ATS | FVC absolute | FVC % p/c | FEV1 absolute | FEV1 % p/c | FEV1/FVC absolute | FEF 25-75% absolute |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre** | | | | | | | | | | |
| 08:46:52 | * | | | | 5.23 | 115 | 4.18 | 117 | 80 | 4.04 |
| 08:45:19 | * | | | | 5.21 | 114 | 4.18 | 117 | 80 | 3.95 |
| 08:41:12 | * | | | | 5.16 | 113 | 3.97 | 111 | 77 | 3.39 |
| 08:42:46 | * | | | | 5.10 | 112 | 4.02 | 112 | 79 | 3.66 |
| ATS | | | Pre/Baseline | | 5.23 | 115 | 4.18 | 117 | 80 | 4.04 |
| **Post** | | | | | | | | | | |
| 09:17:37 | * | | | | 5.15 | -2 | 4.30 | +3 | 83 | 4.38 |
| 09:19:16 | * | | | | 5.14 | -2 | 4.29 | +2 | 83 | 4.32 |
| 09:20:07 | * | | | | 4.97 | -5 | 4.28 | +2 | 86 | 4.44 |
| ATS | | | Post | | 5.15 | -2 | 4.30 | +3 | 83 | 4.38 |



DOCTORS MEDICAL CENTER SAN PABLO
2000 VALE RD
SAN PABLO, CA

| Name: | Wagenman, Robert | ID: | 0633500447 | BSA: | 2.04 | Date: | 12/01/2006 |
|-------|------------------|-----|------------|------|------|-------|------------|
| Tech: | Trewin, Greg, RPFT | Height: | 69.00 | Age: | 61 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 194.00 | Sex: | Male | Race: | Caucasian |



### DOCTORS MEDICAL CENTER SAN PABLO
#### 2000 VALE RD
#### SAN PABLO, CA

| Name: | Wagenman, Robert | ID: | 0633500447 | BSA: | 2.04 | Date: | 12/01/2006 |
|---|---|---|---|---|---|---|---|
| Tech: | Trewin, Greg, RPFT | Height: | 69.00 | Age: | 61 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 194.00 | Sex: | Male | Race: | Caucasian |

| Time | RAW SELX SeleRtpLp | Test Mode | Codes | Raw absolute | Raw % p/c | Gaw absolute | Gaw % p/c | sRaw absolute | sRaw % p/c |
|---|---|---|---|---|---|---|---|---|---|
| Predicted | | | | 1.45 | | 1.03 | | 4.76 | |
| **Pre** | | | | | | | | | |
| 08:51:19 | * | | | 0.99 | 68 | 1.01 | 98 | 3.67 | 77 |
| 08:51:52 | | | | 0.98 | 67 | 1.02 | 99 | 3.72 | 78 |
| 08:52:15 | *        * | | | 0.98 | 68 | 1.02 | 99 | 4.16 | 87 |
| 08:58:36 | | Invalid | | | | | | | |
| 08:59:03 | | Invalid | | | | | | | |
| 08:59:23 | | Invalid | | | | | | | |
| 08:59:45 | * | | | | | | | | |
| 09:00:03 | | Invalid | | | | | | | |
| 09:00:21 | * | | | | | | | | |
| AVG | | Pre/Baseline | | 0.98 | 68 | 1.02 | 99 | 3.91 | 82 |
| **Post** | | | | | | | | | |



# DOCTORS MEDICAL CENTER SAN PABLO
## 2000 VALE RD
### SAN PABLO, CA

| | | | |
|---|---|---|---|
| Name: Wagenman, Robert | ID: 0633500447 | BSA: 2.04 | Date: 12/01/2006 |
| Tech: Trewin, Greg, RPFT | Height: 69.00 | Age: 61 | Room: OP |
| Doctor: Bordow, Richard | Weight: 194.00 | Sex: Male | Race: Caucasian |

| Time | Select | RpLp | Test Mode | Codes | Protocol | DLCOunc absolute | DLCOunc % p/c | DLCOcor absolute | DLCOcor % p/c | DL/VA absolute |
|---|---|---|---|---|---|---|---|---|---|---|
| Predicted | | | | | | 33.21 | | 33.21 | | 5.01 |
| **Pre** | | | | | | | | | | |
| 09:07:38 | * | | | | Jones-Mea | 31.61 | 95 | 29.90 | 90 | 4.08 |
| 09:12:54 | * | | | | Jones-Mea | 31.04 | 93 | 29.36 | 88 | 4.05 |
| AVG | | | Pre/Baseline | | | 31.32 | 94 | 29.63 | 89 | 4.06 |
| **Post** | | | | | | | | | | |



## DOCTORS MEDICAL CENTER SAN PABLO
### 2000 VALE RD
### SAN PABLO, CA

| Name: | Wagenman, Robert | ID: | 0633500447 | BSA: | 2.04 | Date: | 12/01/2006 |
|-------|------------------|-----|------------|------|------|-------|------------|
| Tech: | Trewin, Greg, RPFT | Height: | 69.00 | Age: | 61 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 194.00 | Sex: | Male | Race: | Caucasian |



**DONALD BREYER, M.D., F.A.C.R.**
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

January 2, 2007

**WAGENMAN, ROBERT**

**EXAMINATION:** A CT scan of the chest including conventional and high resolution images. High resolution images are obtained in prone and supine position. The study is performed at Doctors Medical Center of San Pablo on 12/1/06 and is technically adequate.

**DATE OF EXAMINATION:** December 1, 2006

In the nondependent lung fields on the prone high resolution images there are changes of thickened irregular interlobular septa and subpleural linear densities. These findings are bilateral but predominantly on the left side.

Bilateral changes of chest wall pleural plaque formation are noted. These are present on the posterior chest wall. Right chest wall pleural plaques are noted on images #28, #29, #37 and #38. Left posterior chest wall pleural plaques are noted on images #36-40 consecutively. Sites of plaque calcification are noted on both sides. In addition, there is a calcific density on the right hemidiaphragm.

**IMPRESSION:**

THE PARENCHYMAL FINDINGS PRESENT ARE COMPATIBLE WITH INTERSTITIAL FIBROSIS. THE DISTRIBUTION AND APPEARANCE ARE COMPATIBLE WITH ASBESTOS RELATED INTERSTITIAL FIBROSIS.

BILATERAL CHANGES OF CALCIFIED CHEST WALL PLEURAL PLAQUE AND POSSIBLE RIGHT CALCIFIED DIAPHRAGMATIC PLEURAL PLAQUE. THESE FINDINGS ARE STRONGLY SUGGESTIVE OF ASBESTOS RELATED PLEURAL DISEASE.

# CLINICAL LABORATORY REPORT

PAGE:  1

STAT  STAT  STAT  STAT  STAT  STAT  STAT  STAT  STAT  STAT  STAT  STAT  STAT

| HEMATOLOGY |
|---|

SPECIMEN DATE:  12/01/06
SPECIMEN TIME:  0812

| **BLOOD COUNT** | | REFERENCE | UNITS |
|---|---|---|---|
| WBC X 10^3 | 5.2 | (4.8-10.8) | /CMM |
| RBC X 10^6 | 5.37 | (4.22-5.70) | /CMM |
| HEMOGLOBIN | 16.8H | (13.5-16.6) | GM/DL |
| HEMATOCRIT | 49 | (40-50) | % |
| MCV | 92 | (80-94) | FL |
| MCH | 31 | (26-33) | PG |
| MCHC | 34.2 | (32.0-36.0) | GM/DL |
| RDW | 11.7 | (11.6-14.5) | % |
| PLATELET X 10^3 | 194 | (130-392) | /CMM |
| MEAN PLT VOL | 8.0 | (7.4-10.4) | FL |

FOOTNOTE
H=HIGH

DOCTORS MEDICAL CENTER

2000 VALE ROAD
SAN PABLO, CA 94806

MEDICAL DIRECTOR: JOHN POPPINGO, MD

PATIENT: **WAGENMAN, ROBERT**

MEDICAL RECORD NUM: (00002)001135478
FINANCIAL NUM: 633500447
DOB: 10/10/1945              SEX: M
PHYSICIAN: BORDOW, RICHARD A
           BORDOW, RICHARD A
           KAISER
           NONE SPECIFIED
ADMIT DATE: 12/01/2006

NSG STN: 02LA          ROOM:      BED:

REPORT TYPE: INTERIM     PRINT DATE: 12/01/2006    PRINT TIME: 1040

Date Receive:
M.D. Initial:
Date:

** END OF REPORT **

# DONALD BREYER, M.D., F.A.C.R.
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax:  (510) 338-0069

January 2, 2007

**WAGENMAN, ROBERT**

**EXAMINATION**:   A CT scan of the chest including conventional and high resolution images.  High resolution images are obtained in prone and supine position.  The study is performed at Doctors Medical Center of San Pablo  on 12/1/06 and is technically adequate.

**DATE OF EXAMINATION**:  December 1, 2006

In the nondependent lung fields on the prone high resolution images there are changes of thickened irregular interlobular septa and subpleural linear densities. These findings are bilateral but predominantly on the left side.

Bilateral changes of chest wall pleural plaque formation are noted. These are present on the posterior chest wall.  Right chest wall pleural plaques are noted on images #28, #29, #37 and #38.  Left posterior chest wall pleural plaques are noted on images #36-40 consecutively.  Sites of plaque calcification are noted on both sides.  In addition, there is a calcific density on the right hemidiaphragm.

**IMPRESSION**:

THE PARENCHYMAL FINDINGS PRESENT ARE COMPATIBLE WITH INTERSTITIAL FIBROSIS.  THE DISTRIBUTION AND APPEARANCE ARE COMPATIBLE WITH ASBESTOS RELATED INTERSTITIAL FIBROSIS.

BILATERAL CHANGES OF CALCIFIED CHEST WALL PLEURAL PLAQUE AND POSSIBLE RIGHT CALCIFIED DIAPHRAGMATIC PLEURAL PLAQUE.  THESE FINDINGS ARE STRONGLY SUGGESTIVE OF ASBESTOS RELATED PLEURAL DISEASE.

WAGEMAN, ROBERT

### DATE OF RADIOGRAPH

| MONTH | DAY | YEAR |
|-------|-----|------|
| 0 8 | 0 5 | 2 0 0 5 |

**WORKER'S Social Security Number**

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

**ROENTGENOGRAPHIC INTERPRETATION**

**TYPE OF READING**

☐ A  ☒ B  ☐ P

---

**1. FILM QUALITY**

| 1 | 2 | 3 | U/R |
(If not Grade 1, mark all boxes that apply)

☒ Overexposed (dark)     ☒ Improper position     ☐ Underinflation
☐ Underexposed (light)   ☐ Poor contrast        ☐ Mottle
☐ Artifacts              ☐ Poor processing      ☐ Other (please specify)

C-P ANGLES
CUT OFF

---

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**

YES ☒  Complete Sections 2B and 2C     NO ☐  Proceed to Section 3A

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | | SECONDARY | |
|---------|--|-----------|--|
| p ☒ | | p ☒ | |
| q t | | q t | |
| r u | | r u | |

b. ZONES

| | R | L |
|--|--|--|
| UPPER | | |
| MIDDLE | ☒ | ☒ |
| LOWER | ☒ | ☒ |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
| 1/0 ☒ | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE  ☒  ☐ A  ☐ B  ☐ C     Proceed to Section 3A

---

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**

YES ☒  Complete Sections 3B, 3C     NO ☐  Proceed to Section 4A

**3B. PLEURAL PLAQUES** (mark site, calcification, extent, and width)

| | Site | Calcification | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required) |
|--|------|---------------|----------------------------------------------------------|------------------------------------------------------|
| Chest wall | | | Up to 1/4 of lateral chest wall = 1 | 3 to 5 mm = a |
| In profile | O ☒ ☒ | ☒ R L | 1/4 to 1/2 of lateral chest wall = 2 | 5 to 10 mm = b |
| Face on | O ☒ ☒ | ☒ R L | > 1/2 lateral chest wall = 3 | > 10 mm = c |
| Diaphragm | ☒ R L | ☒ R L | O ☒    O ☒ | O ☒    O ☒ |
| Other site(s) | ☒ R L | ☒ R L | 1 ☒ 3    1 ☒ 3 | ☒ b c    ☒ b c |

**3C. COSTOPHRENIC ANGLE OBLITERATION**

R L     Proceed to Section 3D     NO ☒  Proceed to Section 4A

**3D. DIFFUSE PLEURAL THICKENING** (mark site, calcification, extent, and width)

| | Site | Calcification | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required) |
|--|------|---------------|----------------------------------------------------------|------------------------------------------------------|
| Chest wall | | | Up to 1/4 of lateral chest wall = 1 | 3 to 5 mm = a |
| | | | 1/4 to 1/2 of lateral chest wall = 2 | 5 to 10 mm = b |
| | | | > 1/2 lateral chest wall = 3 | > 10 mm = c |
| In profile | O R L | O R L | O R    O L | O R    O L |
| Face on | O R L | O R L | 1 2 3    1 2 3 | a b c    a b c |

---

**4A. ANY OTHER ABNORMALITIES?**

YES ☐  Complete Sections 4B, 4C, 4D, 4E     NO ☒  Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| aa | at | ax | bu | ca | cg | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | me | pa | pb | pi | px | ra | rp | tb |

OD     If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)

Date Physician or Worker notified?

| MONTH | DAY | YEAR |
|-------|-----|------|

**4E.** Should worker see personal physician because of findings in section 4? YES ☐  NO ☐
Proceed to Section 5

---

**5.**

Donald Breyer, M.D.
6861 Gunn Drive
Oakland, CA  94611-1442

**DATE OF READING**

| MONTH | DAY | YEAR |
|-------|-----|------|
| 0 2 | 0 1 | 2 0 0 6 |

1

<u>CERTIFICATE OF SERVICE</u>

2

    I am employed in the County of Marin, State of California.  I am over the age of 18 years and am not a party to the within action.  My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

3

4

    On the date indicated below, I served the foregoing Statement of Case Status and attachments upon all counsel of record pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

5

6

7

    On this _____ day of July 2007

8

                                                          /s/ John Derby
                                                          _____
9                                                         John Derby

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BRAYTON♦PURCELL, LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

STATEMENT OF CASE STATUS - -  MDL DOCKET NO. 875