1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to Michael Halseth, Robert Wagenman, Larry Robinson, Donald Hunter, v. General Electric Company, Viad Corp., United States District Court for the Northern District of California, Case No.C07-2543-EMC , Filed May 14, 2007. | STATEMENT OF CASE STATUS AS TO PLAINTIFF Larry Robinson |

19    Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff

20 makes the following statements:

21    1.    SUBMISSION OF IDENTIFICATION INFORMATION

22    Plaintiff (full name): Larry Robinson;

23    Date of Birth: January 28, 1946;

24    Last four digits of plaintiff's social security number: 5467;

25    Plaintiff is a:  asbestos-related injury victim. (The person who suffered the asbestos-

26 related injury was Larry Robinson).

27    2.    SUBMISSION OR RELATED COURT ACTIONS

28    Plaintiff identifies the following related actions, the status of each of the following being

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1  "pending" in the court unless otherwise indicated; with additional information on these related
2  action(s) attached hereto and incorporated herein by this reference:
3      Larry Robinson v. Asbestos Defendants, San Francisco Superior Court of the State of
4  California, Case No. 458508; Claim of the Asbestos Injured Party for his personal injury. This
5  case is active, pre-trial.
6      3.    SUBMISSION OF STATEMENT OF CASE STATUS
7      A.    Plaintiff identifies the following defendants as non-bankrupt and unsettled the
8          above stated plaintiff has pled against:  GENERAL ELECTRIC COMPANY
9      B.    Plaintiff has achieved resolution of plaintiff's claim with the following
10         defendants: Not applicable.
11     C.    Plaintiff now desires to dismiss from Plaintiff's action the following Defendants:
12         Not applicable.
13     D.    Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not
14         applicable.
15     4.    SUBMISSION OF MEDICAL REPORTS
16 Plaintiff submits the attached medical diagnosing report / opinion based upon objective
17 and subjective data which is identified and descriptively set out within the report / opinion which
18 will withstand a dispositive motion, and is based on objective and subjective data which is
19 identified and descriptively set out within the report / opinion. **In addition**, Plaintiff submits
20 that the Dr. A.J. Schonfeld, M.D. conducted a pulmonary examination in February 2007 for
21 which a detailed report is pending from Dr. Shonfeld.  Plaintiffs expect to receive the detailed
22 report of Dr. Shonfeld in August 2007 and will provide the report to the Court with copies to
23 counsel.
24     5.    ALTERNATIVE PLAINTIFF SUBMISSION: Not Applicable.
25     6.    TIMING REQUIREMENTS: Action filed 5/14/07; report due August 1, 2007.
26     7.    SCREENED CASES:Plaintiff's claims are not the result of a mass screening.
27     8.    EXCLUSIONS:This case is not designated as 2MDL 875 (MARDOC).
28

9.     SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10.     MANNER OF SUBMISSIONS

In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2543-EMC) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

Dated: 7/10/07                       BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiff Larry Robinson

DEFENDANTS IN RELATED COURT ACTION

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
CLEAVER-BROOKS, INC.
BUCYRUS INTERNATIONAL, INC.
CROWN CORK & SEAL COMPANY, INC.
CRANE CO.
THOMAS DEE ENGINEERING CO., INC.
FOSTER WHEELER LLC
GARLOCK SEALING TECHNOLOGIES, LLC
GENERAL MOTORS CORPORATION
LAMONS GASKET COMPANY
METALCLAD INSULATION CORPORATION
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
PLANT INSULATION COMPANY
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
R.F. MACDONALD CO.
THORPE INSULATION COMPANY
UNIROYAL HOLDING, INC.
VIACOM, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
FORD MOTOR COMPANY
IMO INDUSTRIES, INC.
LESLIE CONTROLS, INC.
INGERSOLL-RAND COMPANY
C.H. MURPHY/CLARK-ULLMAN, INC.
GENUINE PARTS COMPANY (GPC)
HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
METROPOLITAN LIFE INSURANCE COMPANY
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.
PNEUMO ABEX LLC
and DOES 1-8500,

    Defendants.

<u>Larry Robinson vs. Asbestos Defendants (B✤P)</u>
San Francisco Superior Court

# KITSAP CHEST CONSULTANTS

1225 Campbell Way, Suite 201
Bremerton, Washington 98310-3349
(360) 479-8022  Fax (360) 479-0108

Richard B. Wesley, M.D., P.S.
Akmal Sarwar, M.D.
David E. Corley, M.D.
Griffith M. Blackmon, M.D.

ACS/Department of Labor
PO Box 8300
London, KY 40742-8300

RE:  **LARRY ROBINSON**
YEARLY OWCP EVALUATION - #A140268231
October 3, 2006

**INTERVAL HISTORY:** Mr. Robinson presents for his annual OWCP exam. Since being seen last he reports he is overall doing well. He remains active, working. He denies shortness of breath. No productive cough. No chest pain.

**CURRENT MEDICATIONS:** ASA, prn; antacids, prn; Advil, prn.

**SOCIAL HISTORY:** Born in Maine. He has smoked one to two packs of cigarettes daily for over 40 years. He continues to smoke 1/2-3/4 packs of cigarettes daily. He had extensive asbestos exposure in his work as a pipe fitter at PSNS. He began work at PSNS in the mid 1970's. When he began working he used no protective equipment.

**FAMILY HISTORY:** Positive for coronary disease, Alzheimer's disease in family members.

**REVIEW OF SYSTEMS:** Patient had a pleural effusion evaluated in October 2004 with thoracentesis. Subsequent X-ray showed no evidence of recurrence. The patient had rheumatic fever in 1949.

**PHYSICAL EXAMINATION:** The patient is a pleasant, middle aged man speaking in full sentences on room air in no distress. Blood pressure, 116/68; pulse, 72; respirations, 16; weight, 188#. Cardiac - regular rate and rhythm. Normal S1, S2, no murmur. Neck is supple without adenopathy. No bruits. Chest with decreased breath sounds, mildly prolonged expiratory phase. Abdomen is soft, non tender, no masses. Extremities without cyanosis, clubbing, or edema. Skin without rash. Neuro- alert and oriented. Moves upper and lower extremities equally, normal tone.

**LABORATORY:** O2 sat at rest on room air is normal at 96%. He was able to ambulate for a full seven minutes. O2 sats remained normal at 97%. No evidence of resting or exercise induced oxygen desaturation.

PA and lateral chest X-ray reveals a ovoid density in the left upper lung field which has been stable dating back for many years. No recurrence of pleural effusion. No new nodules or masses. Pleural thickening is present and unchanged.

A 12 lead EKG reveals normal sinus rhythm. No ST elevations or depressions. Normal EKG.

000010

LARRY ROBINSON  OWCP #A140268231
Page 2  October 3, 2006

Complete pulmonary function tests performed today. Spirometric testing reveals a mild obstructive ventilatory defect. The vital capacity is normal at 3.92 liters, 95% of predicted. The FEV1 is mildly decreased at 2.43 liters, 74% of predicted. The FEV1/FVC ratio is normal at 0.62. There is no improvement with bronchodilator. Total lung capacity is normal at 5.16 liters, 83% of predicted. The diffusing capacity is moderately decreased at 14.7 min/ml/mmHg, 48% of predicted. In summary, complete pulmonary function tests reveals mild obstructive lung disease with a moderate decrease in diffusing capacity. This pattern is most consistent with mild emphysema. Compared to multiple previous pulmonary function tests, there has been a steady decline in diffusing capacity of over 20% in the past five years.

**IMPRESSION:**
1. Mild chronic obstructive pulmonary disease.
2. Ongoing tobacco use.
3. Asbestos related pleural thickening.
4. Status post pleural effusion, probably asbestos related.

**PLAN:**
1. Etiology, natural history, and recommended monitoring of asbestos related lung disease was discussed with the patient. Annual X-rays and pulmonary function tests are recommended.
2. Immunization status is reviewed with the patient having received a pneumococcal vaccination in 2001.
3. The risk of tobacco use in association with previous asbestos exposure was discussed again. The patient was strongly urged to discontinue smoking. He is advised that there are multiple smoking cessation aids available now including nicotine patches, Zyban and Chantix. Before any of these are likely to be successful, however, the patient must come to the decision that he truly wishes to stop smoking. He will contact us when he has considered this further.
4. Primary care as per Dr. Carlson in Port Townsend. All questions answered.

DAVID E. CORLEY, MD

DEC/jc

000011

```
DD: 10/14/2004
NS: MI
PT: BO2
```

**DATE OF PROCEDURE:** 10/14/2004

## PROCEDURE NOTE

**PROCEDURE PERFORMED:** Thoracentesis with drainage of the pleural space.

**INDICATIONS:** Pleural effusion.

The risks and benefits were explained to the patient who provided consent to proceed. The left chest was coated with sterile Betadine and draped. Local anesthesia was provided with 1% lidocaine. Under ultrasound guidance, an Arrow thoracentesis catheter was inserted into the left hemithorax with aspiration of 50 cc of slightly cloudy yellow fluid. The thoracentesis catheter was then connected to a vacuum bottle and an additional 240 cc of fluid was removed.

The patient's vital signs and $O_2$ sats were monitored throughout the procedure and remained stable. A chest x-ray is requested in followup.

Dictated and Authenticated by:
DAVID E. CORLEY, MD

```
DEC/st
DD: 10/14/2004  9:07 A
DT: 10/19/2004  7:26 A
Job. No. 000004361  Doc. No 1171487
SS: 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
cc:    DAVID E. CORLEY, MD
```

| HARRISON HOSPITAL<br>BREMERTON, WASHINGTON<br>**PROCEDURE REPORT** | PAT NAME:  ROBINSON, LARRY M<br>MR:  40-34-48<br>PAT. ACCT#:  0428000143 |
|---|---|

B02
10-14

**Patient Name:** ROBINSON, LARRY M.     **Path No:** C04-879
**DOB:** 1/28/1946 (Age: 58)     **Med. Rec. #:** 403448     **Date Collected:** 10/14/2004
**Pt Acct#:** 428000143     **Date Reported:** 10/15/2004
**Dr.** D. Corley, M.D.     **Date Original Rpt:** 10/15/2004

**Gross Description:**
  L PLEURAL: Labeled with the patient's name, 350 ml of yellow cloudy fluid; 2 CCFs and 1 CB are made.

:lal 10/14/2004

## Diagnosis:

**LEFT PLEURAL EFFUSION, CCFs AND CELL BLOCK, CYTOLOGIC EXAMINATION:**
  NUMEROUS LYMPHOCYTES WITH LESSER NUMBERS OF PMNs, MACROPHAGES, AND
  BENIGN APPEARING MESOTHELIAL CELLS.
  NO CYTOLOGICALLY MALIGNANT CELLS IDENTIFIED.

Mike Grabowski, M.D.
Electronically Signed Out

Page 1 of 1
--END OF REPORT--

PATHOLOGY ASSOCIATES OF KITSAP COUNTY / DIAGNOSTIC SPECIALTIES LABORATORIES
Located at Harrison Memorial Hospital
2520 Cherry Avenue     Bremerton, WA 98310

K. Hallman, M.D.     S. Hammar, M.D.     D.Bray III, M.D.     R. Cox, M.D.
**CYTOLOGY REPORT**

000017

## CERTIFICATE OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On the date indicated below, I served the foregoing Statement of Case Status and attachments upon all counsel of record pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

On this __27TH__ day of July 2007

/s/ John Derby

_____

John Derby

**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875