1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF PENNSYLVANIA

9
   IN RE: ASBESTOS PRODUCTS LIABILITY        )    Civil Action No. MDL. 875
10 LITIGATION (NO. VI),                      )
                                             )
11                                           )
                                             )
12                                           )
   This document relates to Michael Halseth, )    STATEMENT OF CASE STATUS AS
13 Robert Wagenman, Larry Robinson, Donald   )    TO PLAINTIFF Larry Robinson
   Hunter, v. General Electric Company, Viad )
14 Corp., United States District Court for the )
   Northern District of California, Case    )
15 No.C07-2543-EMC , Filed May 14, 2007.    )
                                             )
16                                           )
                                             )
17                                           )
                                             )
18 _____)

19         Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff
20 makes the following statements:
21         1.     SUBMISSION OF IDENTIFICATION INFORMATION
22         Plaintiff (full name): Larry Robinson;
23         Date of Birth: January 28, 1946;
24         Last four digits of plaintiff's social security number: 5467;
25         Plaintiff is a:   asbestos-related injury victim. (The person who suffered the asbestos-
26 related injury was Larry Robinson).
27         2.     SUBMISSION OR RELATED COURT ACTIONS
28         Plaintiff identifies the following related actions, the status of each of the following being

action(s) attached hereto and incorporated herein by this reference:

Larry Robinson v. Asbestos Defendants, San Francisco Superior Court of the State of California, Case No. 458508; Claim of the Asbestos Injured Party for his personal injury.

3. SUBMISSION OF STATEMENT OF CASE STATUS

A. Plaintiff identifies the following defendants as non-bankrupt and unsettled the above stated plaintiff has pled against: GENERAL ELECTRIC COMPANY

B. Plaintiff has achieved resolution of plaintiff's claim with the following defendants: Not applicable.

C. Plaintiff now desires to dismiss from Plaintiff's action the following Defendants: Not applicable.

D. Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not applicable.

4. SUBMISSION OF MEDICAL REPORTS

Plaintiff submits that attached medical diagnosing report / opinion based upon objective and subjective data which is identified and descriptively set out within the report / opinion which will withstand a dispositive motion, and is based on objective and subjective data which is identified and descriptively set out within the report / opinion.

5. ALTERNATIVE PLAINTIFF SUBMISSION

Not Applicable.

6. TIMING REQUIREMENTS

Above plaintiff's action was filed on May 14, 2007 making this submission due on or before August 1, 2007.

7. SCREENED CASES

Plaintiff's claims are not the result of a mass screening.

8. EXCLUSIONS

This case is not designated as 2MDL 875 (MARDOC).

9. SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this

9.     SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10.     MANNER OF SUBMISSIONS

In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2543-EMC) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

Dated: 7/10/07

BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiff Larry Robinson

DEFENDANTS IN RELATED COURT ACTION

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
CLEAVER-BROOKS, INC.
BUCYRUS INTERNATIONAL, INC.
CROWN CORK & SEAL COMPANY, INC.
CRANE CO.
THOMAS DEE ENGINEERING CO., INC.
FOSTER WHEELER LLC
GARLOCK SEALING TECHNOLOGIES, LLC
GENERAL MOTORS CORPORATION
LAMONS GASKET COMPANY
METALCLAD INSULATION CORPORATION
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
PLANT INSULATION COMPANY
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
R.F. MACDONALD CO.
THORPE INSULATION COMPANY
UNIROYAL HOLDING, INC.
VIACOM, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
FORD MOTOR COMPANY
IMO INDUSTRIES, INC.
LESLIE CONTROLS, INC.
INGERSOLL-RAND COMPANY
C.H. MURPHY/CLARK-ULLMAN, INC.
GENUINE PARTS COMPANY (GPC)
HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
METROPOLITAN LIFE INSURANCE COMPANY
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.
PNEUMO ABEX LLC
and DOES 1-8500,

    Defendants.

Larry Robinson vs. Asbestos Defendants (B❖P)
San Francisco Superior Court

# ALVIN J. SCHONFELD, D.O., F.C.C.P., P.C.
PULMONARY MEDICINE
OCCUPATIONAL LUNG DISEASE

438 W. ST. JAMES PLACE
CHICAGO, IL 60614

PHONE: 1-773-472-2810
FAX: 1-773-472-2809

CONSULTANT IN PULMONARY MEDICINE:

RUSH NORTH SHORE MEDICAL CENTER
9600 GROSS POINTE ROAD
SKOKIE, IL 60077

VAIL VALLEY MEDICAL CENTER
181 W. MEADOW DRIVE
VAIL, CO 81657

July 23, 2007

Brayton Purcell
Attention: Alan R. Brayton, Esq.
222 Rush Landing Road
Novato, CA 94948

Re:   Patient:   **Larry Robinson**
      SSN:       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
      DOB:       01/28/46

Dear Mr. Brayton:

This is a physician's report pertaining to the above-named patient whom I had the pleasure of interviewing and examining on February 8, 2007.

**RESPIRATORY SYMPTOMS:** Mr. Robinson denies any dyspnea on exertion, cough, wheeze, mucus production or hemoptysis. He has had intermittent attacks of bronchitis, mostly with chest colds, but was not able to further clarify their frequency. He also has a history of some hayfever. He denies any history of asthma, emphysema or pneumonia.

**SMOKING HISTORY:** He has smoked up to one and one-half packs of cigarettes a day since the age of 15 and he still smokes. Between the ages of 26 and 30 he smoked an occasional pipe. He denies cigar use.

**PAST MEDICAL HISTORY:** In 1997 he underwent a right thoroscopic and then open lung biopsy for what was thought to be a nodular density in the right lung. I asked him what the pathology showed and he stated "asbestos in the chunk they took out."

He states he also has a history of rounded atelectasis in the left lung. He has undergone sequential CT scans and states that although there have been minor variations in size from year to year there has essentially been no significant change in the appearance of the rounded atelectasis.

In 1949 he had rheumatic fever.

(continued Page 2)

CERTIFIED, AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS
**ALVIN J. SCHONFELD, D.O., F.C.C.P., P.C.**

To: Brayton Purcell
Re: Larry Robinson
Page 2

**MEDICATIONS:** None.

**OCCUPATIONAL HISTORY:** Between 1964 and 1966 and again between 1970 and 1976 he worked at the Great Northern Paper Company. He started out as a paper mill worker and then later became a pipefitter. His exposures to asbestos were fairly similar during both tours at that paper company. This included working on and with asbestos-covered steam pipes in the paper room and working in the steam plant where he physically worked on asbestos-clad boilers, generators and turbines. He states that occasionally he would wear a paper mask. During these jobs he also changed asbestos gaskets on generators, not wearing a mask or respirator.

Between 1976 and 2004 he worked at the Puget Sound Naval Shipyard as a pipefitter. He worked on naval ships, particularly working in their engine rooms, firerooms or boiler rooms. He states that most of the asbestos exposure at Puget Sound was between occurred prior to the interval of 1982 to 1985 after which time "a clamp-down" on working with asbestos took place.

During the above intervals of exposure he removed or replaced asbestos from boilers, pumps, pipes, condensers, turbines and generators. He cut, sawed or drilled drywall, plaster and ceiling tiles. He performed automotive work changing brakes, clutches and automotive gaskets. He cut or stripped asbestos-containing cables or wires. He welded. He removed and replaced packing. He worked with asbestos ropes, blankets and/or gloves. He repaired or replaced asbestos roofing materials. He cleaned up asbestos debris using brooms. He worked in the vicinity of other trades who were performing similar activities.

**MILITARY SERVICE:** He served in the U.S. Navy between 1966 and 1969. He was an engine man but was not aboard a ship. He indicated exposures to asbestos changing gaskets on generators. He never wore a mask or respirator.

**PHYSICAL EXAMINATION:** Physical examination revealed an alert and oriented male in no acute distress. Head and neck exam was unremarkable. Lungs were clear to auscultation. A right thoracotomy scar was noted. Cardiac exam revealed a regular rate and rhythm without murmurs. Abdomen was soft and without masses. Extremities showed no clubbing, cyanosis or edema.

(continued Page 3)
**ALVIN J. SCHONFELD, D.O., F.C.C.P., P.C.**

To: Brayton Purcell
Re: Larry Robinson
Page 3

**CHEST CT SCAN:** CT scan of the chest was read by me. The study is dated 12/19/06 and was performed at Inhealth Imaging. The CT scan shows a mass-like density in the left mid-lung field adherent to the pleura with a differential diagnosis including lung cancer, rounded atelectasis, parenchymal scarring, etc. Clinical correlation advised. Bilateral pleural thickening is noted with some pleural calcification on the right suggesting prior asbestos exposure. The pleural thickening is slightly lobular on the right and more prominent than on the left. Rule out mesothelioma. No definite interstitial fibrosis is seen. Some emphysematous changes are seen in the lung fields both apically and inferiorly bilaterally.

**PULMONARY FUNCTION STUDIES:** Complete PFT's dated 2/8/07 were performed according to ATS guidelines and showed a moderate obstructive defect with a moderate bronchodilator response. Lung volumes were normal. Diffusion capacity was diminished.

Post-bronchodilator:

|  | observed | % predicted |
|---|---|---|
| FVC | 4.33 L | 102% |
| $FEV_1$ | 2.63 L | 78% |
| $FEV_1/FVC$ | 61% | |
| TLC | 6.19 L | 97% |
| Diffusion capacity | 21.37 | 70% |

**IMPRESSION:**
1) Given the patient's history of significant exposure to asbestos in the workplace associated with an appropriate latency, and given the roentgenographic findings described above, I feel with a reasonable degree of medical certainty that Mr. Robinson is diagnosed as having bilateral asbestos-related pleural disease with pleural calcification. I feel with a reasonable degree of medical certainty that this diagnosis is causally related to his asbestos exposure in the military and his workplace exposure to asbestos at the above-noted job sites.
2) History of rounded atelectasis which to a reasonable degree of medical certainty is an asbestos-related condition and which may be present on the above-described chest x-ray in the left mid-lung field anteriorly. Clinical correlation advised.
3) Moderate obstructive airways disease with a component of emphysema noted on the CT scan and with a near significant response to bronchodilators. The use of bronchodilators is of course at the discretion of the attending physician

## ALVIN J. SCHONFELD, D.O., F.C.C.P., P.C.

To: Brayton Purcell
Re: Larry Robinson
Page 4

### RECOMMENDATIONS:
1) He is at increased risk for the development of lung cancer, mesothelioma and other non-pulmonary malignancies associated with asbestos exposure.
2) He should be advised to have yearly chest x-rays, pulmonary function screening and screening for gastrointestinal malignancy.
3) He should be advised that chest x-rays and pulmonary function may deteriorate in the absence of further asbestos exposure.
4) He should be advised to refrain from the use of all tobacco-containing products.

This report serves only to establish the presence of an occupational lung disease and does not establish a doctor-patient relationship.

I hope that the above information is useful to you.

Sincerely

Alvin J. Schonfeld, D.O., FCCP, FAADEP

# ALVIN J. SCHONFELD, D.O., F.C.C.P., F.A.A.D.E.P.
## PULMONARY MEDICINE
## OCCUPATIONAL LUNG DISEASE

438 W. ST. JAMES PLACE
1-773-472-2810
CHICAGO, IL 60614-2750
472-2809

PHONE:

FAX:    1-773-

July 23, 2007

Brayton Purcell, LLP
ATTN: Alan R. Brayton, Esq.
222 Rush Landing Road
Novato, CA 94948

Re:   Patient:      **Larry Robinson**
      SSN:          **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**

CT scan of the chest was performed on 12/19/06 at Inhealth Imaging. Both lung and mediastinal windows are available for review.

The cardiomediastinal silhouette is generally unremarkable. The lung parenchyma shows scattered areas of emphysema in both lung fields both apically and inferiorly. Scattered areas of calcification are also noted in the lung parenchyma. This may represent prior granulomatous disease. No definite interstitial fibrosis is noted.

There is a masslike density in the left midlung field below the level of the carina. This mass measures about 4-5 cm in greatest diameter and appears to be adherent to the pleura.

Differential diagnoses could include a primary lung cancer, scarring from an old infection, rounded atelectasis, etc. Clinical correlation is advised.

Pleural surfaces demonstrate evidence of bilateral pleural thickening with a small area of calcification noted in the right posterolateral pleural space. The pleural thickening on the right is slightly lobular in appearance and slightly more prominent than associated pleural thickening on the left. This raises the issue of whether or not a pleural mesothelioma is present. Again, clinical correlation is suggested.

**IMPRESSION:**
1) Masslike density in left midlung field adherent to pleura. Rule out primary lung cancer, rounded atelectasis, etc.
2) Bilateral pleural thickening with some pleural calcification suggesting prior asbestos exposure. However, the pleural thickening on the right is more prominent. Rule out mesothelioma. Clinical correlation advised.

Thank you for referring these x-rays for my review.

Sincerely,

Alvin J. Schonfeld, D.O., FCCP, FAADEP
AJS:hss/mh

## KITSAP CHEST CONSULTANTS

1225 Campbell Way, Suite 201  
Bremerton, Washington 98310-3349  
(360) 479-8022  Fax (360) 479-0108

Richard B. Wesley, M.D., P.S.  
Akmal Sarwar, M.D.  
David E. Corley, M.D.  
Griffith M. Blackmon, M.D.

ACS/Department of Labor  
PO Box 8300  
London, KY 40742-8300

RE:  **LARRY ROBINSON**  
YEARLY OWCP EVALUATION - #A140268231  
October 3, 2006

**INTERVAL HISTORY:** Mr. Robinson presents for his annual OWCP exam. Since being seen last he reports he is overall doing well. He remains active, working. He denies shortness of breath. No productive cough. No chest pain.

**CURRENT MEDICATIONS:** ASA, prn; antacids, prn; Advil, prn.

**SOCIAL HISTORY:** Born in Maine. He has smoked one to two packs of cigarettes daily for over 40 years. He continues to smoke 1/2-3/4 packs of cigarettes daily. He had extensive asbestos exposure in his work as a pipe fitter at PSNS. He began work at PSNS in the mid 1970's. When he began working he used no protective equipment.

**FAMILY HISTORY:** Positive for coronary disease, Alzheimer's disease in family members.

**REVIEW OF SYSTEMS:** Patient had a pleural effusion evaluated in October 2004 with thoracentesis. Subsequent X-ray showed no evidence of recurrence. The patient had rheumatic fever in 1949.

**PHYSICAL EXAMINATION:** The patient is a pleasant, middle aged man speaking in full sentences on room air in no distress. Blood pressure, 116/68; pulse, 72; respirations, 16; weight, 188#. Cardiac - regular rate and rhythm. Normal S1, S2, no murmur. Neck is supple without adenopathy. No bruits. Chest with decreased breath sounds, mildly prolonged expiratory phase. Abdomen is soft, non tender, no masses. Extremities without cyanosis, clubbing, or edema. Skin without rash. Neuro- alert and oriented. Moves upper and lower extremities equally, normal tone.

**LABORATORY:** O2 sat at rest on room air is normal at 96%. He was able to ambulate for a full seven minutes. O2 sats remained normal at 97%. No evidence of resting or exercise induced oxygen desaturation.

PA and lateral chest X-ray reveals a ovoid density in the left upper lung field which has been stable dating back for many years. No recurrence of pleural effusion. No new nodules or masses. Pleural thickening is present and unchanged.

A 12 lead EKG reveals normal sinus rhythm. No ST elevations or depressions. Normal EKG.

LARRY ROBINSON  
Page 2

OWCP #A140268231  
October 3, 2006

Complete pulmonary function tests performed today. Spirometric testing reveals a mild obstructive ventilatory defect. The vital capacity is normal at 3.92 liters, 95% of predicted. The FEV1 is mildly decreased at 2.43 liters, 74% of predicted. The FEV1/FVC ratio is normal at 0.62. There is no improvement with bronchodilator. Total lung capacity is normal at 5.16 liters, 83% of predicted. The diffusing capacity is moderately decreased at 14.7 min/ml/mmHg, 48% of predicted. In summary, complete pulmonary function tests reveals mild obstructive lung disease with a moderate decrease in diffusing capacity. This pattern is most consistent with mild emphysema. Compared to multiple previous pulmonary function tests, there has been a steady decline in diffusing capacity of over 20% in the past five years.

IMPRESSION:
1. Mild chronic obstructive pulmonary disease.
2. Ongoing tobacco use.
3. Asbestos related pleural thickening.
4. Status post pleural effusion, probably asbestos related.

PLAN:
1. Etiology, natural history, and recommended monitoring of asbestos related lung disease was discussed with the patient. Annual X-rays and pulmonary function tests are recommended.
2. Immunization status is reviewed with the patient having received a pneumococcal vaccination in 2001.
3. The risk of tobacco use in association with previous asbestos exposure was discussed again. The patient was strongly urged to discontinue smoking. He is advised that there are multiple smoking cessation aids available now including nicotine patches, Zyban and Chantix. Before any of these are likely to be successful; however, the patient must come to the decision that he truly wishes to stop smoking. He will contact us when he has considered this further.
4. Primary care as per Dr. Carlson in Port Townsend. All questions answered.

DAVID E. CORLEY, MD

DEC/jc

DD: 10/14/2004
NS: MJ
PT: BO2

**DATE OF PROCEDURE:** 10/14/2004

### PROCEDURE NOTE

**PROCEDURE PERFORMED:** Thoracentesis with drainage of the pleural space.

**INDICATIONS:** Pleural effusion.

The risks and benefits were explained to the patient who provided consent to proceed. The left chest was coated with sterile Betadine and draped. Local anesthesia was provided with 1% lidocaine. Under ultrasound guidance, an Arrow thoracentesis catheter was inserted into the left hemithorax with aspiration of 50 cc of slightly cloudy yellow fluid. The thoracentesis catheter was then connected to a vacuum bottle and an additional 240 cc of fluid was removed.

The patient's vital signs and $O_2$ sats were monitored throughout the procedure and remained stable. A chest x-ray is requested in followup.

Dictated and Authenticated by:
DAVID E. CORLEY, MD

DEC/st
DD: 10/14/2004   9:07 A
DT: 10/19/2004   7:26 A
Job. No. 000004361   Doc. No 1171487
SS: 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
cc:   DAVID E. CORLEY, MD

| HARRISON HOSPITAL<br>BREMERTON, WASHINGTON<br>**PROCEDURE REPORT** | PAT NAME:   ROBINSON, LARRY M<br>MR:   40-34-48<br>PAT. ACCT#:   0428000143 |
|---|---|

B02
10-14

| | | | |
|---|---|---|---|
| Patient Name: ROBINSON, LARRY M. | | Path No: | C04-879 |
| DOB: 1/28/1946 (Age: 58) | Med. Rec. #: 403448 | Date Collected: | 10/14/2004 |
| | Pt Acct#: 428000143 | Date Reported: | 10/15/2004 |
| Dr.  D. Corley, M.D. | | Date Original Rpt: | 10/15/2004 |

**Gross Description:**
  L PLEURAL: Labeled with the patient's name, 350 ml of yellow cloudy fluid; 2 CCFs and 1 CB are made.

:lal 10/14/2004

**Diagnosis:**

LEFT PLEURAL EFFUSION, CCFs AND CELL BLOCK, CYTOLOGIC EXAMINATION:
  NUMEROUS LYMPHOCYTES WITH LESSER NUMBERS OF PMNs, MACROPHAGES, AND BENIGN APPEARING MESOTHELIAL CELLS.
  NO CYTOLOGICALLY MALIGNANT CELLS IDENTIFIED.

Mike Grabowski, M.D.
Electronically Signed Out

Page 1 of 1
--END OF REPORT--

PATHOLOGY ASSOCIATES OF KITSAP COUNTY / DIAGNOSTIC SPECIALTIES LABORATORIES
Located at Harrison Memorial Hospital
2520 Cherry Avenue     Bremerton, WA 98310

K. Hallman, M.D.     S. Hammar, M.D.     D. Bray III, M.D.     R. Cox, M.D.
**CYTOLOGY REPORT**

000017