**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 13, 2007

U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

RE: CV 07-02543 EMC  MICHAEL HALSETH-v-GENERAL ELECTRIC CO

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ✔  Certified copy of docket entries.
- ✔  Certified copy of Transferral Order.
- ✔  Original case file documents.
- ✔  Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record