ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

**THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL#875  (C07-2543-EMC) |
| This document relates to UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA Case No. C07-2543-EMD; | MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT GENERAL ELECTRIC COMPANY **ONLY** AS TO PLAINTIFF LARRY ROBINSON **ONLY** |
| MICHAEL HALSETH, ROBERT WAGENMAN, LARRY ROBINSON, DONALD HUNTER, | |
| Plaintiffs, | |
| vs. | |
| GENERAL ELECTRIC COMPANY, VIAD CORP., and DOES 1-300, | |
| Defendants. | |

Pursuant to Administrative Order No. 12 of May 31, 2007, Plaintiff LARRY ROBINSON only, hereby respectfully moves the Court for an Order dismissing Defendant GENERAL ELECTRIC COMPANY *only as to Plaintiff LARRY ROBINSON*, from the above-referenced action, without prejudice with each party to bear its own costs.

////

////

Plaintiffs attach hereto, and incorporate herein, a true and accurate copy of the Stipulation of Defendant GENERAL ELECTRIC COMPANY agreeing to this dismissal without prejudice.

Dated: February 29, 2008                    BRAYTON❖PURCELL LLP

By: /s/ David R. Donadio
_____
David R. Donadio,
Attorneys for Plaintiffs

**IT IS SO ORDERED**.

Dated: _____

_____
James T. Giles
United States District Court Judge

*Michael Halseth, et. al., v. General Electric Company, Viad Corp.*, U.S. District Court, Northern District of California, Case No. C07-2543-EMC; U.S. District Court, Eastern District of Pennsylvania, MDL#875

1  The parties stipulate to Plaintiffs dismissal, without prejudice, of Defendant GENERAL
2  ELECTRIC COMPANY only as to Plaintff LARRY ROBINSON only, with each party bearing
3  its own costs.

4  Dated: _____, 2008          BRAYTON✤PURCELL LLP

6                                      By: _____
                                       David R. Donadio,
7                                      Attorneys for Plaintiffs

8  Dated: February 4, 2008             SEDGWICK, DETERT, MORAN &
                                       ARNOLD, LLP
9
10                                     By: /s/ Derek Johnson
                                       Derek Johnson
11                                     Attorneys for Defendant
12                                     GENERAL ELECTRIC COMPANY

13 Dated: _____, 2008          CHARTER DAVIS, LLP
14
15                                     By: _____
                                       Whitney A. Davis,
16                                     Attorneys for Defendant
                                       VIAD CORP.
17
18 ~~IT IS SO ORDERED AS STIPULATED.~~
   ~~Dated:_____~~
19
20
21                                     ~~James T. Giles~~
                                       ~~United States District Court Judge~~

26
27 *Michael Halseth, et. al., v. General Electric Company, Viad Corp.*, U.S. District Court, Northern
   District of California, Case No. C07-2543-EMC; U.S. District Court, Eastern District of
28 Pennsylvania, MDL#875