| | |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685 |
|   | DAVID R. DONADIO, ESQ., S.B. #154436 |
| 2 | BRAYTON✦PURCELL LLP |
|   | Attorneys at Law |
| 3 | 222 Rush Landing Road |
|   | P.O. Box 6169 |
| 4 | Novato, California 94948-6169 |
|   | (415) 898-1555 |
| 5 | (415) 898-1247 (Fax No.) |
| 6 | Attorneys for Plaintiff |

FILED
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | ) ) ) | MDL#875 (C07-2543-EMC) |
| | ) ) | |
| This document relates to UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA Case No. C07-2543-EMD; | ) ) ) ) ) | MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT GENERAL ELECTRIC COMPANY **ONLY** AS TO PLAINTIFF LARRY ROBINSON **ONLY** |
| MICHAEL HALSETH, ROBERT WAGENMAN, LARRY ROBINSON, DONALD HUNTER, | ) ) ) | |
|     Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GENERAL ELECTRIC COMPANY, VIAD CORP., and DOES 1-300, | ) ) ) | |
|     Defendants. | ) | |

Pursuant to Administrative Order No. 12 of May 31, 2007, Plaintiff LARRY ROBINSON only, hereby respectfully moves the Court for an Order dismissing Defendant GENERAL ELECTRIC COMPANY *only as to Plaintiff LARRY ROBINSON*, from the above-referenced action, without prejudice with each party to bear its own costs.

////

////

K:\Injured\107452\MTN dwop MDL as to GE as to Robinson only.wpd      1
MOTION TO DISMISS WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY ONLY AS TO PLAINTIFF
LARRY ROBINSON ONLY – C06-7319-EMC - MDL #875

1 | Plaintiffs attach hereto, and incorporate herein, a true and accurate copy of the
2 | Stipulation of Defendant GENERAL ELECTRIC COMPANY agreeing to this dismissal without
3 | prejudice.

Dated: February 29, 2008                    BRAYTON❖PURCELL LLP

                                            By:  /s/ David R. Donadio
                                            _____
                                            David R. Donadio,
                                            Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: 3/17/2008

                                            _____
                                            James T. Giles
                                            United States District Court Judge

*Michael Halseth, et. al., v. General Electric Company, Viad Corp.*, U.S. District Court, Northern District of California, Case No. C07-2543-EMC; U.S. District Court, Eastern District of Pennsylvania, MDL#875

1  The parties stipulate to Plaintiffs dismissal, without prejudice, of Defendant GENERAL
2  ELECTRIC COMPANY only as to Plaintff LARRY ROBINSON only, with each party bearing
3  its own costs.

4  Dated: _____, 2008          BRAYTON✜PURCELL LLP

6                                     By: _____
                                       David R. Donadio,
                                       Attorneys for Plaintiffs

8  Dated: Febury 4, 2008              SEDGWICK, DETERT, MORAN &
                                       ARNOLD, LLP

10                                    By: _____
                                       Derek Johnson
11                                     Attorneys for Defendant
                                       GENERAL ELECTRIC COMPANY

13 Dated: _____, 2008          CHARTER DAVIS, LLP

15                                    By: _____
                                       Whitney A. Davis,
                                       Attorneys for Defendant
16                                     VIAD CORP.

**IT IS SO ORDERED AS STIPULATED.**

18 Dated: _____

                                       _____
                                       James T. Giles
21                                     United States District Court Judge

*Michael Halseth, et. al., v. General Electric Company, Viad Corp.*, U.S. District Court, Northern
27 District of California, Case No. C07-2543-EMC; U.S. District Court, Eastern District of
Pennsylvania, MDL#875